# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

## *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | KEVEN HUTSON |
| **Case Number:** | 2:15-BK-16235-MCW  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MARCH 10, 2016 01:30 PM   7TH FLOOR #702 |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |
| **Audio File Name:** | PHL01330931.MP3 |
| **Audio File Size:** | 15,907 KB |
| **Audio File Length:** | 00:33:56 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## *Matters:*

1) HEARING ON DEBTOR'S VERIFIED EXIGENT EMERGENCY PETITION FOR VIOLATION OF JUDGES ORDER, VIOLATION OF STAY
   **R / M #:**   32 / 0

2) HEARING ON DEBTOR'S MOTION FOR MORE TIME TO FILE SCHEDULES
   **R / M #:**   36 / 0